**TRISTRATA TECHNOLOGY,
INC., Plaintiff–Appellee,**

v.

**MARY KAY, INC., Defendant–
Appellant.**

No. 06–1389.

United States Court of Appeals,
Federal Circuit.

Jan. 10, 2007.

Before LOURIE, LINN, and MOORE,
Circuit Judges.

## JUDGMENT

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.